# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 6/12/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/12/2015 2:20:29 PM

CHRISTOPHER A. PRINE
Clerk

**TO:** **1ST COURT OF APPEALS**

**From:** **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:** 2014-50657

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** 65759003

**DUE** 8/9/2015 **ATTORNEY** 20981000

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 6/10/2015

**MOTION FOR NEW TRIAL DATE FILED** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 6/10/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: /s/MICHELLE LOPEZ
**MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

CAUSE NO. 2014-50657

| | | |
|---|---|---|
| ELSA RODRIGUEZ | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MARTIN, DISIERE, JEFFERSON, | § | |
| and WISDOM, | § | 11ᵗʰ JUDICIAL DISTRICT |
| Defendant. | § | |

## PLAINTIFF ELSA RODRIGUEZ'S NOTICE OF APPEAL

TO THE HONORABLE CHRIS DANIEL, DISTRICT CLERK OF HARRIS COUNTY, TEXAS:

Plaintiff, Elsa Rodriguez, under Tex. R. App. P. 25.1, gives notice of appeal to the First or Fourteenth Court of Appeals sitting in Houston, Texas from the Honorable Judge Stone's Order and Amended Order granting the Defendant's Motion to Dismiss Pursuant to Chapter 27 of the Texas Civil Practices & Remedies Code, and judgment dismissing all of Plaintiff's claims signed June 10, 2015, as well as any and all rulings or orders adverse to the Plaintiff.

Respectfully submitted,

WATTS & COMPANY LAWYERS, LTD

_/S/ Larry Watts_
Larry Watts
SBN 20981000
P.O. Box 2214
Missouri City, Texas 77459
Telephone: (281) 431-1500
Facsimile: (877) 797-4055
Email: wattstrial@gmail.com
_Attorney for Plaintiffs_

## CERTIFICATE OF SERVICE

I, Larry Watts, certify that a true and correct copy of this document has been served on opposing counsel via efiling on this, the 10th of June, 2015.

Chris Daniel
District Clerk Harris County
P.O Box 4651
Houston, Texas 77210-4651
Main Office: (713)755-7300

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin ST
Harris, TX 77002-2066
(713)274-2700
Fax: (713)755-8131

Richard A. Morris
Rogers, Morris, & Grover
5718 Westheimer Road, Suite 1200
Houston, TX 77057
(713)960-6000
Fax: (713)960-6025

*/S/ Larry Watts*
Larry Watts

NO. 2014-50657

| ELSA RODRIGUEZ, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MARTIN, DISIERE, JEFFERSON & | § | |
| WISDOM, | § | |
| | § | |
| Defendant. | § | 11th JUDICIAL DISTRICT |

## ORDER

Pending before the Court is Defendant Martin, Disiere, Jefferson & Wisdom L.L.P.'s Motion to Dismiss Pursuant to Chapter 27 of the Texas Civil Practices & Remedies Code. The Court, having considered Defendant's Motion, as well as any responsive pleadings and argument of the parties, is of the opinion that Defendant's Motion should be granted for the reasons found in Defendant's Motion and Reply pleadings. The Court, having considered the parties' pleadings is of the opinion that it should be and hereby is:

ORDERED that Defendant's Motion to Dismiss Pursuant to Chapter 27 of the Texas Civil Practices & Remedies Code is GRANTED. All of Plaintiff Elsa Rodriguez's claims against Defendant Martin, Disiere, Jefferson & Wisdom L.L.P. are hereby dismissed in their entirety with prejudice.

The Court will rule separately regarding the amount of Defendant's attorneys' fees, court costs, and other expenses to be awarded pursuant to Section 27.009(a)(1) of the Texas Civil Practices & Remedies Code. The Court will consider separately regarding KW sanctions against Plaintiff pursuant to Section 27.009(a)(2) of the Texas Civil Practices & Remedies Code as requested by Defendant's attorneys, KW

SIGNED and ENTERED on this _10_ day of ~~May~~ JUN 1 0 2015, 2015.

_____Kathleen A Stone_____
Judge Presiding

FILED
Chris Daniel
District Clerk
JUN 1 0 2015 2:55pm
Time:_____
Harris County, Texas
By_____ Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     JUN 12, 2015(C1)
INT6510                 CIVIL CASE INTAKE                OPT: _____  -  INT
                     GENERAL PARTY INQUIRY              PAGE:   1  -    1

CASE NUM: 201450657__ PJN> __  TRANS NUM: _____ CURRENT COURT: 11  PUB? _
CASE TYPE: TORTIOUS INTERFERENCE          CASE STATUS: DISPOSED (FINAL)
STYLE: RODRIGUEZ, ELSA              VS MARTIN, DISIERE, JEFFERSON & WISD
===========================================================================
                      **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR         PERSON NAME            PTY    ASSOC. ATTY
  NUM   NUMBER                                          STAT
_     00003-0001 AGT         MARTIN, DISIERE, JEFFERSON, AN
_     00002-0001 DEF 14497750 MARTIN, DISIERE, JEFFERSON & W     MORRIS, RICHA
_     00001-0001 PLT 20981000 RODRIGUEZ, ELSA                    WATTS, LAUREN




==> (3) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```